**DYKEMA GOSSETT LLP**
Abirami Gnanadesigan (SBN 263375)
agnanadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants,
HUMANA INC., and
HUMANA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RNR RECOVERY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> HUMANA INC., a Delaware corporation; HUMANA INSURANCE COMPANY, a Wisconsin corporation; HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 8:17-cv-1807 <br><br> **DEFENDANTS HUMANA INC., AND HUMANA INSURANCE COMPANY'S NOTICE OF REMOVAL; EXHIBITS "A" THROUGH "AA"** <br><br> **[28 U.S.C. §§ 1332, 1441, 1446]** <br><br> Complaint Filed: May 15, 2017 |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Humana Inc. ("Humana") and Humana Insurance Company ("Humana Insurance") (collectively "Defendants"), through their undersigned counsel and pursuant to 28 U.S.C. §1441, hereby remove this action from the Superior Court of the State of California, for the County of Orange, to the United States District Court for the Central District of California, Southern Division. In support of this Notice of Removal, Defendants state as follows:

## INTRODUCTION

1. Plaintiff RNR Recovery, Inc. ("Plaintiff") commenced this action on or about May 15, 2017 by filing its Complaint in the Superior Court of the State of California, for the County of Orange, in Case No. 30-2017-00920322-CU-BC-CJC (the "State Court Action"). In addition to Humana and Humana Insurance, Plaintiff joined Humana Health Plan of California, Inc. ("Humana Health Plan") as a Defendant. Defendants Humana and Humana Insurance were served with a copy of the summons and Complaint on or about May 16, 2017.

2. On August 17, 2017, Plaintiff filed and served its First Amended Complaint ("FAC"). A true and correct copy of the FAC and proof of service of process are attached hereto as Exhibit A, in accordance with 28 U.S.C. §1446(a).

3. The FAC seeks damages for Defendants' alleged (a) breach of written contract; (b) breach of implied covenant of good faith and fair dealing; (c) breach of implied contract; (d) breach of oral contract; (e) promissory estoppel; (f) quantum meruit; and (g) unfair competition.

## DIVERSITY JURISDICTION

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a). This action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a) because there is complete diversity of citizenship among the parties pursuant to 28 U.S.C. §1332(c), and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff is a resident and citizen of the state of California. FAC, ¶ 1.

6. Humana is a resident and citizen of the state of Delaware. FAC, ¶ 2.

7. Humana Insurance is a resident and citizen of the state of Wisconsin. FAC, ¶ 3.

8. On September 19, 2017, former defendant Humana Health Plan, a resident and citizen of the state of California, was voluntarily dismissed as a party to the action pursuant to a Request for Dismissal filed by Plaintiff on or about September 18, 2017. FAC, ¶ 4. A true and correct copy of the Request for Dismissal, which was signed and entered by the Court on September 19, 2017 as an Order of Dismissal, (the "Order of Dismissal") is attached hereto as Exhibit B.

9. Pursuant to 28 U.S.C. § 1441(b)(1), the citizenship of defendants sued under fictitious names shall be disregarded when determining removal jurisdiction. Accordingly, the citizenship of Does 1 through 25 should not be considered when determining whether jurisdiction based on diversity of citizenship exists in this case.

10. As set forth above, there is complete diversity between all Plaintiffs and the remaining Defendants joined in this action.

11. The FAC alleges damages of at least $1,600,000, attributable to Defendants' alleged conduct. FAC, ¶124.  Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Accordingly, this Court has jurisdiction based upon diversity of citizenship, and an amount in controversy in this action exceeding $75,000 exclusive of interest and costs, pursuant to 28 U.S.C. §1332(a)(1).

## TIMELINESS OF REMOVAL

13. On September 19, 2017, Humana Health Plan, a citizen of California, was voluntarily dismissed from the State Court Action. (Ex. B.)  Therefore, there is now complete diversity of citizenship between the parties.  This Notice of Removal is timely, since the Order of Dismissal was entered on September 19, 2017.  The Order of Dismissal was the first "order or other paper from which it may be first ascertained

that [this] case is one which … has become removable." 28 U.S.C. §1446(b)(3).

**REMOVAL REQUIREMENTS**

14. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a) because the Central District of California is the federal judicial district embracing the Superior Court of California, County of Orange, where the State Court Action was originally filed. The Southern Division of the Central District of California is proper because it embraces the County of Orange, where the State Court Action was originally filed.

15. Written notice of this Notice of Removal and a copy hereof have and/or will be promptly send to the Superior Court of the State of California, for the County of Orange as required by 28 U.S.C. §1446(d), and copies of the same will be served upon Plaintiff.

16. A copy of all other process, pleadings and orders in the State Court Action are attached to this Notice of Removal as Exhibit C through AA, as required by 28 U.S.C. § 1446(a). To the extent there are documents in the state court file that are not included in this Exhibit, Defendants will promptly provide the Court with those documents as soon as they are received.

WHEREFORE, Defendants, by their counsel, remove the subject action from the Superior Court of the State of California, for the County of Orange, to the United States District Court for the Central District of California, Southern Division.

Dated:  October 16, 2017          DYKEMA GOSSETT LLP

                                   By: */s/ Abirami Gnanadesigan*
                                       Abirami Gnanadesigan
                                       Attorneys for Defendants
                                       HUMANA INC., and
                                       HUMANA INSURANCE COMPANY

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

DEFENDANTS HUMANA INC., AND HUMANA INSURANCE COMPANY'S NOTICE OF REMOVAL; EXHIBITS "A" THROUGH "AA"