1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RNR RECOVERY, INC., a California corporation, | Case No. 8:17-cv-01807-AG-JDE |
| Plaintiff and Cross-Defendant, | [Consolidated for purposes of discovery only with Case No. 8:17-cv-01801-AG-JDE and Case No. 8:17-cv-01804-AG-JDE] |
| v. | [Assigned to Hon. Andrew J. Guilford, Courtroom 10D] |
| HUMANA INC., a Delaware corporation; HUMANA INSURANCE COMPANY, a Wisconsin corporation; and DOES 1 through 25, inclusive, | **ORDER RE STIPULATION FOR DISMISSAL *WITH PREJUDICE* [FED. R. CIV. P. RULE 41(a)]** |
| Defendants and Cross-Complainants. | Complaint Filed: August 17, 2017 |
| | Trial Date: March 26, 2019 |

## <u>ORDER</u>

1

1

2     Pursuant to the Stipulation of the parties, and good cause showing, it is ordered

3  by and between the parties to this action through their designated counsel that the

4  above-captioned action, including the Complaint, Amended Complaint, Second

5  Amended Complaint, against all defendants, including former defendant Humana

6  Health Plan of California, Inc., and the Counterclaim and Amended Counterclaim, be

7  and hereby are dismissed ***with prejudice*** pursuant to Federal Rules of Civil Procedure

8  Rule 41(a).

9

10     **IT IS SO ORDERED.**

11

12

13  Dated: _August 28, 2018_____

14                                         HON. ANDREW J. GUILFORD
                                         United States District Court Judge